UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| KIRA DOWNEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. |
| BOARD OF TRUSTEES OF INDIANA-PURDUE | ) |
| FORT WAYNE UNIVERSITY D/B/A/ | ) |
| "INDIANA- PURDUE UNIVERSITY AT FORT | ) |
| WAYNE", AND PURDUE UNIVERSITY, | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT

Plaintiff alleges against Defendant that:

1. The Plaintiff is Kira Downey, an individual who is disabled and who filed an Amended Charge of Discrimination, N0. 846-2017-244414 on or about August 11, 2017, (incorporated herein and attached hereto is exhibit A). The Defendant is Board of Trustees of Indiana- Purdue Fort Wayne University d/b/a "Indiana- Purdue University at Fort Wayne", and Purdue University.

2. The Equal Employment Opportunity Commission ("EEOC") issued a Dismissal and Notice of Rights on or about August 30, 2016, (attached hereto is exhibit B), this Complaint has been filed within 90 days after receipt thereof.

3. Plaintiff's initial Charge of Discrimination was filed with the Indiana Civil Rights Commission, as well as the EEOC, and that initial charge is attached hereto and made apart hereof as exhibit C. The Amended Charge (exhibit A) expounds on the initial charge and includes allegations based upon race (African American), color (black),

    retaliation, and disability. (See exhibit A).

4. Plaintiff contends that she was discriminated against and discharged on the basis of her race and color in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e ("Title VII"), and 42 U.S.C §1981.

5. Plaintiff contends that she was discriminated against and discharged on the basis of her disability (substantially impaired in the everyday life of seeing as Plaintiff has impaired vision).

6. Defendant refused to engage in the interactive process with Plaintiff and denied her effective reasonable accommodations which would have permitted her to retain her job and perform the essential functions of her job as a Telephone Operator. Alternatively Defendant perceived and regarded Plaintiff as being disabled and discriminated against Plaintiff because of her record of impairment.  Furthermore, Defendant retaliated against Plaintiff by terminating her because she engaged in the protective expression of attempting to engage in the interactive process and attempting to get reasonable accommodations so that she could perform her job.  Defendant stated it terminated Plaintiff in part, because she had a "scheduling problem" because Plaintiff needed to go to an eye appointment as a result of her severely impaired vision (her disability). But this was false as similarly situated Caucasian employees took extended vacations and missed work for other reasons and were not summarily discharged as was the Plaintiff.   Plaintiff alleges that she was discriminated against, retaliated against and discharged because of her race and color in violation of Title VII and 42 U.S.C. §1981, and because of her disability in the violation of the ADA.

7. As a result of Defendant's discriminatory and retaliatory discharge of the Plaintiff on

account of her race, color, and disability, Plaintiff suffered a loss of her job and her job related benefits including income. Plaintiff suffered mental anguish, emotional distress, inconvenience, financial distress, and other damages and injuries for which she seeks compensatory damages.

WHEREFORE, Complainant prays for judgment against the Defendant, for compensatory damages, back pay, front pay, injunctive relief in the form of reinstatement, reasonable attorney's fees and costs, and for all just and proper relief available under Title VII and the ADA.

## JURY DEMAND

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

**CHRISTOPHER C. MYERS & ASSOCIATES**

  /s/ Christopher C. Myers
Christopher C. Myers, #10043-02
Ilene M. Smith, #33818-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802-2307
Telephone:   (260) 424-0600
Facsimile:   (260) 424-0712
Attorneys for Plaintiff

CCM/mas 11/6/2017